1    Counsel listed on following page.

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11   DANIEL BANCROFT MORSE, EDWARD J.          **Case No. 3:10-cv-00628-SI**
     VANTIL, MARCO A. ALDAY, JR., JOHN T.
12   BAHR, PERCY BICKERSTAFF, GEORGE           **STIPULATION AND [PROPOSED]**
     BLACKWELL, THAVARATH CHAN,                **ORDER TO CONTINUE INITIAL CASE**
13   ELIODOR CRAIOVEANU, KRISTOF               **MANAGEMENT CONFERENCE**
     CZECZKO, FRANZ DESUVARIEUX,
14   CLINTON DRUMMER, JR., WAYNE K.
     EASLEY, ROMERO OMAR GALENO,               **HONORABLE SUSAN ILLSTON**
15   EDUARDO GABRIEL LIVRAGA,
     CHRISTIAN A. MARTINEZ, MONTE K.           **DATE:  June 4, 2010**
16   MCGUIRE, JAMES MCWILLIAMS,                **TIME:  2:30 p.m.**
     EUGENE N. NGUYEN, DANNY SANTOS,
17   TOBY SCOTT SPENCER, JAIME VASQUEZ,        **Related Cases:**
     HENRY L. WASHINGTON and DARIUS            **No. 08-4044**
18   WEBSER,                                   **No. 09-5148**
                                               **No. 09-5150**
19              Plaintiffs,                     **No. 09-5152**
                                               **No. 09-5154**
20         v.                                   **No. 09-5153**

21   SERVICEMASTER GLOBAL HOLDINGS,
     INC.; THE SERVICEMASTER COMPANY,
22   INC.; THE TERMINIX INTERNATIONAL
     COMPANY, L.P., and TERMINIX
23   INTERNATIONAL, INC., and DOES 1-20,
     inclusive,
24
                Defendants.
25

26

27

28
     JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE
                        MANAGEMENT CONFERENCE
                          CASE NO. 10-628 (SI)

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

1    Joan B. Tucker Fife  (SBN:  144572)
     jfife@winston.com
2    WINSTON & STRAWN LLP
     101 California Street
3    San Francisco, CA  94111-5894
     Telephone: 415-591-1000
4    Facsimile: 415-591-1400

5    Amanda C. Sommerfeld (SBN: 185052)
     asommerf@winston.com
6    Monique Ngo-Bonnici (SBN: 241315)
     mbonnici@winston.com
7    Winston & Strawn LLP
     333 South Grand Avenue, 38th Floor
8    Los Angeles, CA 90071-1543
     Telephone: 213-615-1700
9    Facsimile: 213-615-1750

10   *Attorneys for Defendants*,
     SERVICEMASTER GLOBAL HOLDINGS, INC.,
11   THE SERVICEMASTER COMPANY, INC.,
     THE TERMINIX INTERNATIONAL COMPANY, L.P., and
12   TERMINIX INTERNATIONAL, INC.

13

14   Nancy Hersh (SBN 49091)
     nhersh@hershlaw.com
15   Mark Burton (SBN 178400)
     mburton@hershlaw.com
16   HERSH & HERSH, A Professional Corporation
     601 Van Ness Avenue, 2080 Opera Plaza
17   San Francisco, CA  94102-6388
     Telephone: (415) 441-5544
18   Facsimile: (415) 441-7586

19   Lauren Hallinan (SBN 60646)
     lhallinan@yahoo.com
20   HALLINAN & WINE
     Law Chambers Building
21   345 Franklin Street
     San Francisco, California 94102
22   Telephone: (415) 621-2400
     Facsimile:

23   *Attorneys for Plaintiffs*

24

25

26

27

28

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111*

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE
CASE NO. 10-628 (SI)

1    Pursuant to Rules 7-12 and 16-10 of the Civil Local Rules of the United States of District

2   Court for the Northern district of California, Defendants ServiceMaster Global Holdings, Inc., The

3   ServiceMaster Company, Inc., The Terminix International Company, L.P. and Terminix

4   International, Inc. ("Defendants") and Plaintiffs Daniel Bancroft Morse, Edward J. Vantil, Marco A.

5   Alday, Jr., John T. Bahr, Percy Bickerstaff, George Blackwell, Thavarath Chan, Eliodor Craioveanu,

6   Kristof Czeczko, Franz Desuvarieux, Clinton Drummer, Jr., Wayne K. Easley, Romero Omar

7   Galeno, Eduardo Gabriel Livraga, Christian A. Martinez, Monte K. McGuire, James McWilliams,

8   Eugene N. Nguyen, Danny Santos, Toby Scott Spencer, Jaime Vasquez, Henry L. Washington and

9   Darius Webser ("Plaintiffs") jointly submit this stipulation and request an order to continue the Case

10   Management Conference currently set for June 4, 2010 at 2:30 p.m. until September 10, 2010 at

11   3:00 p.m.

12    The Complaint in this case was filed on February 12, 2010 (Docket No. 1).  On March 1,

13   2010, the Court related this case to *Pablo v. ServiceMaster Global Holdings, Inc. et al.*, Case No. 08-

14   3894 (SI) (Docket No. 8).  In accordance with the Minute Order issued by the Court on March 5,

15   2010 in *Pablo* and its related cases, the parties request that the Court continue the Case Management

16   Conference currently scheduled in this case so that it coincides with the Case Management

17   Conferences that are scheduled in *Pablo* and its related actions on September 10, 2010 at 3:00 p.m.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE
CASE NO. 10-628 (SI)

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111*

DATE: June 2, 2010          By:     /s/ Nancy Hersh

Nancy Hersh (SBN 49091);
Mark Burton (SBN 178400);
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA  94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586
nhersh@hershlaw.com
mburton@hershlaw.com

Lauren Hallinan (SBN 60646)
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, California 94102
Telephone: (415) 621-2400
lhallinan@yahoo.com

*Attorneys for Plaintiffs*

WINSTON & STRAWN LLP

Dated:  June 2, 2010

By     /s/ Joan B. Tucker Fife
Joan B. Tucker Fife
Attorneys For Defendants,
SERVICEMASTER GLOBAL HOLDINGS,
INC., THE SERVICEMASTER COMPANY,
INC., THE TERMINIX INTERNATIONAL
COMPANY, L.P., AND TERMINIX
INTERNATIONAL, INC.

2

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE
CASE NO. 10-628 (SI)

Winston & Strawn LLP
101 Califonria Street
San Francisco, CA 94111

1

**CERTIFICATE OF CONCURRENCE**

2

Pursuant to General Order 45, I attest that concurrence in the filing of this document has been

3

obtained from each of the other signatories.

4

5

Dated:  June 2, 2010

6

7

By      /s/ Joan B. Tucker Fife

8

Joan B. Tucker Fife
Attorneys For Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Winston & Strawn LLP
101 Califonria Street
San Francisco, CA 94111

---

3

1

**[PROPOSED] ORDER**

2

3      The parties' request to continue the Case Management Conference currently set for June 4,

4 2010 at 2:30 p.m. is hereby GRANTED.  The Case Management Conference shall be held on

5 September 10, 2010 at 3:00 p.m.

6

7      **IT IS SO STIPULATED AND ORDERED.**

8

9

10 Dated: _____

    Honorable Susan Illston
11   United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111*