1  Nancy Hersh, Esq., State Bar No. 49091
   Mark E. Burton, Jr., Esq., State Bar No. 178400
2  Matthew D. Carlson, Esq., State Bar No. 273242
   HERSH & HERSH
3  A Professional Corporation
   601 Van Ness Avenue, Suite 2080
4  San Francisco, CA 94102-6396
   Telephone: (415) 441-5544
5  Facsimile: (415) 441-7586

6  Lauren Hallinan, Esq., State Bar No. 60646
   Of Counsel
7  Hallinan & Wine
   Law Chambers Building
8  345 Franklin Street
   San Francisco, CA 94102
9  Telephone: (415) 621-2400
   Facsimile: (415) 575-9930
10 *Attorneys for Plaintiffs*

11 Dan L. Boho (Pro Hac Vice)
   dboho@hinshawlaw.com
12 HINSHAW & CULBERTSON LLP
   222 N. LaSalle St., Suite 300
13 Chicago, IL 60601
   Telephone: 312-704-3000
14 Facsimile:  312-704-3001

15 Amy K. Jensen (SBN: 226589)
   ajensen@hinshawlaw.com
16 HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd., Suite 800
17 Los Angeles, CA 90025
   Telephone: 310-909-8000
18 Facsimile:  310-909-8001
   *Attorneys for Defendants*

19

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22 DANIEL BANCROFT MORSE, et al.,      )
              Plaintiffs,               )  CASE NO.: 10-cv-00628-SI
23 vs.                                  )
                                        )  **STIPULATION OF DISMISSAL WITH**
24 SERVICEMASTER GLOBAL                 )  **PREJUDICE AS TO PLAINTIFF JOHN**
   HOLDINGS, INC., et al.,              )  **BAHR; [PROPOSED] ORDER**
25                                      )  **DISMISSING CASE WITH PREJUDICE**
                                        )  **AS TO PLAINTIFF JOHN BAHR.**
26            Defendants.               )

27

28

130319515v1 0927620

1 | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF JOHN BAHR**

2 | The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that any and all claims and causes of action brought by Plaintiff John Bahr in the above-captioned matter are hereby dismissed with prejudice, with all costs and fees having been resolved pursuant to an agreement between the parties.

Respectfully submitted,

DATED: April 4, 2012

/s/Nancy Hersh
Nancy Hersh
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

*Attorneys for Plaintiffs*

DATED: April 4, 2012

/s/ Lauren Hallinan
Lauren Hallinan
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930

*Attorneys for Plaintiffs*

DATED: April 4, 2012

/s/Dan L. Boho
Dan L. Boho
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

*Attorneys for Defendants*

130319515v1 0927620

| | |
|---|---|
| 1 | Nancy Hersh, Esq., State Bar No. 49091 |
| | Mark E. Burton, Jr., Esq., State Bar No. 178400 |
| 2 | Matthew D. Carlson, Esq., State Bar No. 273242 |
| | HERSH & HERSH |
| 3 | A Professional Corporation |
| | 601 Van Ness Avenue, Suite 2080 |
| 4 | San Francisco, CA 94102-6396 |
| | Telephone: (415) 441-5544 |
| 5 | Facsimile: (415) 441-7586 |
| 6 | Lauren Hallinan, Esq., State Bar No. 60646 |
| | Of Counsel |
| 7 | Hallinan & Wine |
| | Law Chambers Building |
| 8 | 345 Franklin Street |
| | San Francisco, CA 94102 |
| 9 | Telephone: (415) 621-2400 |
| | Facsimile: (415) 575-9930 |
| 10 | *Attorneys for Plaintiffs* |
| 11 | Dan L. Boho (Pro Hac Vice) |
| | dboho@hinshawlaw.com |
| 12 | HINSHAW & CULBERTSON LLP |
| | 222 N. LaSalle St., Suite 300 |
| 13 | Chicago, IL 60601 |
| | Telephone: 312-704-3000 |
| 14 | Facsimile: 312-704-3001 |
| 15 | Amy K. Jensen (SBN: 226589) |
| | ajensen@hinshawlaw.com |
| 16 | HINSHAW & CULBERTSON LLP |
| | 11601 Wilshire Blvd., Suite 800 |
| 17 | Los Angeles, CA 90025 |
| | Telephone: 310-909-8000 |
| 18 | Facsimile: 310-909-8001 |
| | *Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL BANCROFT MORSE, et al., | ) | |
| Plaintiffs, | ) | CASE NO.: 10-cv-00628-SI |
| vs. | ) | |
| | ) | **[PROPOSED] ORDER DISMISSING** |
| SERVICEMASTER GLOBAL | ) | **CASE WITH PREJUDICE AS TO** |
| HOLDINGS, INC., et al., | ) | **PLAINTIFF JOHN BAHR.** |
| | ) | |
| Defendants. | ) | |

3

## ORDER DISMISSING CASE WITH PREJUDICE AS TO PLAINTIFF JOHN BAHR

The parties have jointly submitted a Stipulation of Dismissal With Prejudice to the Court concerning those claims brought by Plaintiff John Bahr.

Accordingly, any and all claims and causes of action brought by Plaintiff John Bahr in case number 10-cv-00628-SI, styled *Morse et. al. v. ServiceMaster, et. al.*, are hereby dismissed with prejudice, with all costs and fees having been resolved pursuant to an agreement between the parties.

IT IS SO ORDERED.

Dated this 11th day of April, 2012.



_____

The Honorable Susan Illston