Nancy Hersh, Esq., State Bar No. 49091
Mark E. Burton, Jr., Esq., State Bar No. 178400
Matthew D. Carlson, Esq., State Bar No. 273242
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Lauren Hallinan, Esq., State Bar No. 60646
Of Counsel
Hallinan & Wine
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930
*Attorneys for Plaintiffs*

Dan L. Boho (Pro Hac Vice)
dboho@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

Amy K. Jensen (SBN: 226589)
ajensen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BANCROFT MORSE, et al.,<br>　　　　Plaintiffs,<br>vs.<br>SERVICEMASTER GLOBAL HOLDINGS, INC., et al.,<br>　　　　Defendants. | CASE NO.: 10-cv-00628-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF JOHN BAHR; [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE AS TO PLAINTIFF JOHN BAHR.** |

130319515v1 0927620

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF JOHN BAHR**

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that any and all claims and causes of action brought by Plaintiff John Bahr in the above-captioned matter are hereby dismissed with prejudice, with all costs and fees having been resolved pursuant to an agreement between the parties.

Respectfully submitted,

DATED: April 4, 2012

/s/Nancy Hersh
Nancy Hersh
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

*Attorneys for Plaintiffs*

DATED: April 4, 2012

/s/ Lauren Hallinan
Lauren Hallinan
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930

*Attorneys for Plaintiffs*

DATED: April 4, 2012

/s/Dan L. Boho
Dan L. Boho
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

*Attorneys for Defendants*

130319515v1 0927620

```
 1  Nancy Hersh, Esq., State Bar No. 49091
    Mark E. Burton, Jr., Esq., State Bar No. 178400
 2  Matthew D. Carlson, Esq., State Bar No. 273242
    HERSH & HERSH
 3  A Professional Corporation
    601 Van Ness Avenue, Suite 2080
 4  San Francisco, CA 94102-6396
    Telephone: (415) 441-5544
 5  Facsimile: (415) 441-7586

 6  Lauren Hallinan, Esq., State Bar No. 60646
    Of Counsel
 7  Hallinan & Wine
    Law Chambers Building
 8  345 Franklin Street
    San Francisco, CA 94102
 9  Telephone: (415) 621-2400
    Facsimile: (415) 575-9930
10  Attorneys for Plaintiffs

11  Dan L. Boho (Pro Hac Vice)
    dboho@hinshawlaw.com
12  HINSHAW & CULBERTSON LLP
    222 N. LaSalle St., Suite 300
13  Chicago, IL 60601
    Telephone: 312-704-3000
14  Facsimile: 312-704-3001

15  Amy K. Jensen (SBN: 226589)
    ajensen@hinshawlaw.com
16  HINSHAW & CULBERTSON LLP
    11601 Wilshire Blvd., Suite 800
17  Los Angeles, CA 90025
    Telephone: 310-909-8000
18  Facsimile: 310-909-8001
    Attorneys for Defendants
19
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BANCROFT MORSE, et al., | )<br>) |
| Plaintiffs, | ) CASE NO.: 10-cv-00628-SI |
| vs. | )<br>) |
| | ) **[PROPOSED] ORDER DISMISSING** |
| SERVICEMASTER GLOBAL | ) **CASE WITH PREJUDICE AS TO** |
| HOLDINGS, INC., et al., | ) **PLAINTIFF JOHN BAHR.** |
| | ) |
| Defendants. | ) |

3

**ORDER DISMISSING CASE WITH PREJUDICE AS TO PLAINTIFF JOHN BAHR**

The parties have jointly submitted a Stipulation of Dismissal With Prejudice to the Court concerning those claims brought by Plaintiff John Bahr.

Accordingly, any and all claims and causes of action brought by Plaintiff John Bahr in case number 10-cv-00628-SI, styled *Morse et. al. v. ServiceMaster, et. al.*, are hereby dismissed with prejudice, with all costs and fees having been resolved pursuant to an agreement between the parties.

IT IS SO ORDERED.

Dated this 11th day of April, 2012.



The Honorable Susan Illston

130319515v1  0927620