| | |
|---|---|
| 1 | NANCY HERSH, ESQ., State Bar No. 49091 |
| 2 | MARK E. BURTON, JR., ESQ., State Bar No. 178400 |
|   | MATTHEW D. CARLSON, ESQ., State Bar No. 273242 |
| 3 | HERSH & HERSH |
|   | A Professional Corporation |
| 4 | 601 Van Ness Avenue, Suite 2080 |
|   | San Francisco, CA  94102-6396 |
| 5 | Telephone: (415) 441-5544 |
|   | Facsimile: (415) 441-7586 |
| 6 | |
| 7 | LAUREN HALLINAN, ESQ., State Bar No. 60646 |
|   | Of Counsel |
| 8 | HALLINAN & WINE |
|   | Law Chambers Building |
| 9 | 345 Franklin Street |
|   | San Francisco, CA 94102 |
| 10 | Telephone: (415) 621-2400 |
| 11 | Facsimile: (415) 575-9930 |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DANIEL BANCROFT MORSE, EDWARD J. VANTIL, MARCO A. ALDAY, JR., JOHN T. BAHR, PERCY BICKERSTAFF, GEORGE BLACKWELL, THAVARATH CHAN, ELIODOR CRAIOVEANU, KRISTOF CZECZKO, FRANTZ DESVARIEUX, CLINTON DRUMMER, JR., WAYNE K. EASLEY, ROMERO OMAR GALENO, EDUARDO GABRIEL LIVRAGA, CHRISTIAN A. MARTINEZ, MONTE K. MCGUIRE, JAMES MCWILLIAMS, EUGENE N. NGUYEN, DANNY SANTOS, TOBY SCOTT SPENCER, JAIME VASQUEZ, HENRY L. WASHINGTON, and DARIUS WESBER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:10-cv-00628-SI<br><br>The Honorable Susan Illston<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF, HENRY L. WASHINGTON AND [~~PROPOSED~~] ORDER |
| Plaintiffs, | ) | |
| vs. | ) | |

- 1 -

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
HENRY L. WASHINGTON AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI

|   |   |
|---|---|
| SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC., AND DOES 1-20, inclusive, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

PLEASE TAKE NOTICE that all signatories to this notice, including Plaintiff, HENRY L. WASHINGTON, have consented to Hersh & Hersh's withdrawal from representation of Plaintiff HENRY L. WASHINGTON. Michael Ng of Kerr & Wagstaffe will substitute as Plaintiff's representative in this matter. Counsel for Defendants have been notified of this withdrawal and substitution and do not object. The parties and all signatories to this notice agree that this withdrawal and substitution will not result in any delay of this action.

Withdrawing counsel for Plaintiff are:

Nancy Hersh, State Bar No. 49091
Mark Burton, State Bar No. 178400
Matthew D. Carlson, State Bar No. 273242
Hersh & Hersh
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff:

MICHAEL NG, ESQ., State Bar No. 237915
MARIA RADWICK, ESQ., State Bar No. 253780
KERR & WAGSTAFFE
Law Chambers Building
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500

-2-

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
HENRY L. WASHINGTON AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI

Facsimile: (415) 371-0500

Withdrawing counsel will discontinue ECF notification service for this matter after the attached Proposed Order is signed.

The undersigned parties consent to the above withdrawal and substitution of counsel.

Date: 5-23-12

By: _____
HENRY L. WASHINGTON, Plaintiff

Date: 9/5/12

HERSH & HERSH

By: _____
Nancy Hersh

Date: 5/18/12

KERR & WAGSTAFFE

By: _____
Michael Ng

- 3 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
HENRY L. WASHINGTON AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI

[PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: 5/31/12

*Susan Illston* (signature)

The Hon. Susan Illston
U.S. District Court Judge

- 4 -

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
HENRY L. WASHINGTON AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI