05/23/2012  11:25   8188833259                     BEST: &RUDNICK                    PAGE  02/05

NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
MATTHEW D. CARLSON, ESQ., State Bar No. 273242
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6396
Telephone:  (415) 441-5544
Facsimile:  (415) 441-7586

LAUREN HALLINAN, ESQ., State Bar No. 60646
Of Counsel
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:  (415) 621-2400
Facsimile:  (415) 575-9930

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL BANCROFT MORSE, EDWARD J. VANTIL, MARCO A. ALDAY, JR., JOHN T. BAHR, PERCY BICKERSTAFF, GEORGE BLACKWELL, THAVARATH CHAN, ELIODOR CRAIOVEANU, KRISTOF CZECZKO, FRANTZ DESVARIEUX, CLINTON DRUMMER, JR., WAYNE K. EASLEY, ROMERO OMAR GALENO, EDUARDO GABRIEL LIVRAGA, CHRISTIAN A. MARTINEZ, MONTE K. MCGUIRE, JAMES MCWILLIAMS, EUGENE N. NGUYEN, DANNY SANTOS, TOBY SCOTT SPENCER, JAIME VASQUEZ, HENRY L. WASHINGTON, and DARIUS WESBER, Plaintiffs, vs. | Case No. 3:10-cv-00628-SI  The Honorable Susan Illston  NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF, HENRY L. WASHINGTON AND [PROPOSED] ORDER |

— 1 —

MAY-23-2012 11:05   From:8188833259              ID:KERR & WAGSTAFFE       Page:002  R=96%

| 1 | SERVICEMASTER GLOBAL | ) |
| 2 | HOLDINGS, INC.; THE | ) |
|   | SERVICEMASTER COMPANY, INC.; | ) |
| 3 | THE TERMINIX INTERNATIONAL | ) |
|   | COMPANY, L.P., AND TERMINIX | ) |
| 4 | INTERNATIONAL, INC., AND DOES 1- | ) |
|   | 20, inclusive, | ) |

5

6                                    Defendants.

7          PLEASE TAKE NOTICE that all signatories to this notice, including Plaintiff,

8   HENRY L. WASHINGTON, have consented to Hersh & Hersh's withdrawal from

9   representation of Plaintiff HENRY L. WASHINGTON. Michael Ng of Kerr & Wagstaffe

10  will substitute as Plaintiff's representative in this matter. Counsel for Defendants have been

11  notified of this withdrawal and substitution and do not object. The parties and all

12  signatories to this notice agree that this withdrawal and substitution will not result in any

13  delay of this action.

14  Withdrawing counsel for Plaintiff are:

15          Nancy Hersh, State Bar No. 49091
16          Mark Burton, State Bar No. 178400
            Matthew D. Carlson, State Bar No. 273242
17          Hersh & Hersh
18          A Professional Corporation
            601 Van Ness Avenue, Suite 2080
19          San Francisco, CA  94102-6396
            Telephone:  (415) 441-5544
20          Facsimile:  (415) 441-7586

21

22          All pleadings, orders and notices should henceforth be served upon the following

23  substituted counsel for Plaintiff:

24          MICHAEL NG, ESQ., State Bar No. 237915
            MARIA RADWICK, ESQ., State Bar No. 253780
25          KERR & WAGSTAFFE
26          Law Chambers Building
            100 Spear Street, 18th Floor
27          San Francisco, CA 94105
            Telephone:  (415) 371-8500

28

                                        - 2 -

          NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
          HENRY L. WASHINGTON AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI

HERSHANDHERSH
A Professional Corporation

05/23/2012  11:25   8188833259                    BEST:  &RUDNICK                        PAGE  04/05

Facsimile: (415) 371-0500

Withdrawing counsel will discontinue ECF notification service for this matter after the attached Proposed Order is signed.

The undersigned parties consent to the above withdrawal and substitution of counsel.

Date: 5-23-12

By: _____
HENRY L. WASHINGTON, Plaintiff

Date: 4/5/12

HERSH & HERSH

By: _____
Nancy Hersh

Date: 5/18/12

KERR & WAGSTAFFE

By: _____
Michael Ng

- 3 -

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
HENRY L. WASHINGTON AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI

HERSH AND HERSH
A Professional Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated:    5/31/12

The Hon. Susan Illston
U.S. District Court Judge

- 4 -

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
HENRY L. WASHINGTON AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI