NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
MATTHEW D. CARLSON, ESQ., State Bar No. 273242
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

LAUREN HALLINAN, ESQ., State Bar No. 60646
Of Counsel
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930

Attorneys for Plaintiffs

HERSHANDHERSH
A Professional Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANIEL BANCROFT MORSE, EDWARD J. VANTIL, MARCO A. ALDAY, JR., JOHN T. BAHR, PERCY BICKERSTAFF, GEORGE BLACKWELL, THAVARATH CHAN, ELIODOR CRAIOVEANU, KRISTOF CZECZKO, FRANTZ DESVARIEUX, CLINTON DRUMMER, JR., WAYNE K. EASLEY, ROMERO OMAR GALENO, EDUARDO GABRIEL LIVRAGA, CHRISTIAN A. MARTINEZ, MONTE K. MCGUIRE, JAMES MCWILLIAMS, EUGENE N. NGUYEN, DANNY SANTOS, TOBY SCOTT SPENCER, JAIME VASQUEZ, HENRY L. WASHINGTON, and DARIUS WESBER,<br><br>Plaintiffs,<br><br>vs. | **Case No. 3:10-cv-00628-SI**<br><br>**The Honorable Susan Illston**<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF, WAYNE K. EASLEY AND [PROPOSED] ORDER** |

SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC., AND DOES 1-20, inclusive,

Defendants.

PLEASE TAKE NOTICE that all signatories to this notice, including Plaintiff, WAYNE K. EASLEY, have consented to Hersh & Hersh's withdrawal from representation of Plaintiff WAYNE K. EASLEY. Michael Ng of Kerr & Wagstaffe will substitute as Plaintiff's representative in this matter. Counsel for Defendants have been notified of this withdrawal and substitution and do not object. The parties and all signatories to this notice agree that this withdrawal and substitution will not result in any delay of this action.

Withdrawing counsel for Plaintiff are:

Nancy Hersh, State Bar No. 49091
Mark Burton, State Bar No. 178400
Matthew D. Carlson, State Bar No. 273242
Hersh & Hersh
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff:

MICHAEL NG, ESQ., State Bar No. 237915
MARIA RADWICK, ESQ., State Bar No. 253780
KERR & WAGSTAFFE
Law Chambers Building
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

Withdrawing counsel will discontinue ECF notification service for this matter after the attached Proposed Order is signed.

The undersigned parties consent to the above withdrawal and substitution of counsel.

Date: 5/21/2012

By: ____________________
WAYNE K. EASLEY, Plaintiff

Date: 5/15/12

HERSH & HERSH

By: ____________________
Nancy Hersh

Date: 5/18/12

KERR & WAGSTAFFE

By: ____________________
Michael Ng

HERSHANDHERSH
A Professional Corporation

- 3 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF WAYNE K. EASLEY AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: 5/31/12

The Hon. Susan Illston
U.S. District Court Judge

HERSHANDHERSH
A Professional Corporation