1  NANCY HERSH, ESQ., State Bar No. 49091
2  MARK E. BURTON, JR., ESQ., State Bar No. 178400
   MATTHEW D. CARLSON, ESQ., State Bar No. 273242
3  HERSH & HERSH
   A Professional Corporation
4  601 Van Ness Avenue, Suite 2080
   San Francisco, CA 94102-6396
5  Telephone: (415) 441-5544
   Facsimile: (415) 441-7586
6
7  LAUREN HALLINAN, ESQ., State Bar No. 60646
   Of Counsel
8  HALLINAN & WINE
   Law Chambers Building
9  345 Franklin Street
   San Francisco, CA 94102
10 Telephone: (415) 621-2400
   Facsimile: (415) 575-9930
11
12 Attorneys for Plaintiffs
13              UNITED STATES DISTRICT COURT
14            NORTHERN DISTRICT OF CALIFORNIA
15
16 DANIEL BANCROFT MORSE,              )  Case No. 3:10-cv-00628-SI
   EDWARD J. VANTIL, MARCO A.          )
17 ALDAY, JR., JOHN T. BAHR, PERCY     )  The Honorable Susan Illston
   BICKERSTAFF, GEORGE                 )
18 BLACKWELL, THAVARATH CHAN,          )  NOTICE OF WITHDRAWAL AND
   ELIODOR CRAIOVEANU, KRISTOF         )  SUBSTITUTION OF COUNSEL FOR
19 CZECZKO, FRANTZ DESVARIEUX,         )  PLAINTIFF, EUGENE N. NGUYEN
   CLINTON DRUMMER, JR., WAYNE K.      )  AND [PROPOSED] ORDER
20 EASLEY, ROMERO OMAR GALENO,         )
   EDUARDO GABRIEL LIVRAGA,            )
21 CHRISTIAN A. MARTINEZ, MONTE K.     )
   MCGUIRE, JAMES MCWILLIAMS,          )
22 EUGENE N. NGUYEN, DANNY             )
   SANTOS, TOBY SCOTT SPENCER,         )
23 JAIME VASQUEZ, HENRY L.             )
   WASHINGTON, and DARIUS WESBER,      )
24                                     )
25            Plaintiffs,              )
   vs.                                 )
26                                     )
27 SERVICEMASTER GLOBAL                )
28

HERSH AND HERSH
A Professional Corporation

HOLDINGS, INC.; THE )
SERVICEMASTER COMPANY, INC.; )
THE TERMINIX INTERNATIONAL )
COMPANY, L.P., AND TERMINIX )
INTERNATIONAL, INC., AND DOES 1- )
20, inclusive, )
)
Defendants. )
)
_____ )

PLEASE TAKE NOTICE that all signatories to this notice, including Plaintiff, EUGENE N. NGUYEN, have consented to Hersh & Hersh's withdrawal from representation of Plaintiff EUGENE N. NGUYEN. Michael Ng of Kerr & Wagstaffe will substitute as Plaintiff's representative in this matter. Counsel for Defendants have been notified of this withdrawal and substitution and do not object. The parties and all signatories to this notice agree that this withdrawal and substitution will not result in any delay of this action.

Withdrawing counsel for Plaintiff are:

    Nancy Hersh, State Bar No. 49091
    Mark Burton, State Bar No. 178400
    Matthew D. Carlson, State Bar No. 273242
    Hersh & Hersh
    A Professional Corporation
    601 Van Ness Avenue, Suite 2080
    San Francisco, CA 94102-6396
    Telephone: (415) 441-5544
    Facsimile: (415) 441-7586

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff:

    MICHAEL NG, ESQ., State Bar No. 237915
    MARIA RADWICK, ESQ., State Bar No. 253780
    KERR & WAGSTAFFE
    Law Chambers Building
    100 Spear Street, 18th Floor
    San Francisco, CA 94105
    Telephone: (415) 371-8500
    Facsimile: (415) 371-0500

- 2 -

Withdrawing counsel will discontinue ECF notification service for this matter after the attached Proposed Order is signed.

The undersigned parties consent to the above withdrawal and substitution of counsel.

Date: 5/21/12

By: _____
EUGENE N. NGUYEN, Plaintiff

Date: _____

HERSH & HERSH

By: _____
Nancy Hersh

Date: 5/10/12

KERR & WAGSTAFFE

By: _____
Michael Ng

HERSH AND HERSH
A Professional Corporation

_____ 3 _____
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF EUGENE N. NGUYEN AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated:   7/10/12

_Susan Illston_

The Hon. Susan Illston
U.S. District Court Judge

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF EUGENE N. NGUYEN AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action or proceeding; my business address is 601 Van Ness Avenue, Suite 2080, San Francisco, California, 94102-6396.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 6, 2012, I a true copy of the following documents:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF, EUGENE N. NGUYEN AND [PROPOSED] ORDER**

| | |
|---|---|
| Michael Ng, Esq.<br>Maria Radwick, Esq.<br>KERR & WAGSTAFFE<br>Law Chambers Building<br>100 Spear Street, 18th Floor<br>San Francisco, CA 94105 | LAUREN HALLINAN<br>HALLINAN & WINE<br>Law Chambers Building<br>345 Franklin Street<br>San Francisco, CA  94102 |

**_X_  (BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in accordance with the above business practice, as addressed above.

_____ **(BY FACSIMILE)** By transmitting a facsimile copy of the same, to the number listed above.

_____ **(BY ELECTRONIC MAIL)** By transmitting an electronic copy of the same to the e-mail address(es) indicated above.

_____ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 7/6/12, at San Francisco, California.

_____
Elisa Marty