NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
MATTHEW D. CARLSON, ESQ., State Bar No. 273242
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

LAUREN HALLINAN, ESQ., State Bar No. 60646
Of Counsel
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BANCROFT MORSE, EDWARD J. VANTIL, MARCO A. ALDAY, JR., JOHN T. BAHR, PERCY BICKERSTAFF, GEORGE BLACKWELL, THAVARATH CHAN, ELIODOR CRAIOVEANU, KRISTOF CZECZKO, FRANTZ DESVARIEUX, CLINTON DRUMMER, JR., WAYNE K. EASLEY, ROMERO OMAR GALENO, EDUARDO GABRIEL LIVRAGA, CHRISTIAN A. MARTINEZ, MONTE K. MCGUIRE, JAMES MCWILLIAMS, EUGENE N. NGUYEN, DANNY SANTOS, TOBY SCOTT SPENCER, JAIME VASQUEZ, HENRY L. WASHINGTON, and DARIUS WESBER, <br><br> Plaintiffs, <br> vs. <br><br> SERVICEMASTER GLOBAL | Case No. 3:10-cv-00628-SI <br><br> The Honorable Susan Illston <br><br> NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF, EUGENE N. NGUYEN AND [PROPOSED] ORDER |

-1-
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF EUGENE N. NGUYEN AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI

| | |
|---|---|
| HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC., AND DOES 1-20, inclusive,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that all signatories to this notice, including Plaintiff, EUGENE N. NGUYEN, have consented to Hersh & Hersh's withdrawal from representation of Plaintiff EUGENE N. NGUYEN. Michael Ng of Kerr & Wagstaffe will substitute as Plaintiff's representative in this matter. Counsel for Defendants have been notified of this withdrawal and substitution and do not object. The parties and all signatories to this notice agree that this withdrawal and substitution will not result in any delay of this action.

Withdrawing counsel for Plaintiff are:

>Nancy Hersh, State Bar No. 49091
>Mark Burton, State Bar No. 178400
>Matthew D. Carlson, State Bar No. 273242
>Hersh & Hersh
>A Professional Corporation
>601 Van Ness Avenue, Suite 2080
>San Francisco, CA 94102-6396
>Telephone: (415) 441-5544
>Facsimile: (415) 441-7586

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff:

>MICHAEL NG, ESQ., State Bar No. 237915
>MARIA RADWICK, ESQ., State Bar No. 253780
>KERR & WAGSTAFFE
>Law Chambers Building
>100 Spear Street, 18th Floor
>San Francisco, CA 94105
>Telephone: (415) 371-8500
>Facsimile: (415) 371-0500

- 2 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF EUGENE N. NGUYEN AND [PROPOSED] ORDER Case No. 3:10-cv-00628-SI

Withdrawing counsel will discontinue ECF notification service for this matter after the attached Proposed Order is signed.

The undersigned parties consent to the above withdrawal and substitution of counsel.

Date: 5/21/12

By: *[signature]*
EUGENE N. NGUYEN, Plaintiff

Date: 4/9/12

HERSH & HERSH

By: *[signature]*
Nancy Hersh

Date: 5/10/12

KERR & WAGSTAFFE

By: *[signature]*
Michael Ng

## [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: 7/10/12

_____
The Hon. Susan Illston
U.S. District Court Judge

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action or proceeding; my business address is 601 Van Ness Avenue, Suite 2080, San Francisco, California, 94102-6396.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 6, 2012, I a true copy of the following documents:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF, EUGENE N. NGUYEN AND [PROPOSED] ORDER**

Michael Ng, Esq.  
Maria Radwick, Esq.  
KERR & WAGSTAFFE  
Law Chambers Building  
100 Spear Street, 18th Floor  
San Francisco, CA 94105

LAUREN HALLINAN  
HALLINAN & WINE  
Law Chambers Building  
345 Franklin Street  
San Francisco, CA 94102

__X__ **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in accordance with the above business practice, as addressed above.

_____ **(BY FACSIMILE)** By transmitting a facsimile copy of the same, to the number listed above.

_____ **(BY ELECTRONIC MAIL)** By transmitting an electronic copy of the same to the e-mail address(es) indicated above.

_____ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 7/6/12, at San Francisco, California.

_____  
Elisa Marty