IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Morse, et al., <br><br> Plaintiff, <br> v. <br> ServiceMaster Global Holdings, Inc., et al., <br><br> Defendant. | CASE NO. 3:10-cv-00628-SI <br><br> ~~(Proposed)~~ <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

William M. Lopez             , whose business address and telephone number is

222 N. LaSalle St., Suite 300 Chicago Illinois, 60601; (t) 312-704-3000

and who is an active member in good standing of the bar of

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/27/12

_____
United States District Judge