IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTINEZ and NGUYEN  
        Plaintiff,

v.

SERVICEMASTER GLOBAL HOLDINGS INC,

        Defendant.
_____/

No. C 10-00628 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 9, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 21, 2013 .

DESIGNATION OF EXPERTS: 7/1/13; REBUTTAL: 7/15/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 16, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by August 23, 2013;

   Opp. Due September 6, 2013; Reply Due September 13, 2013;

   and set for hearing no later than September 27, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 22, 2013 at 3:30 PM.

JURY TRIAL DATE: November 4, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mr. Boho indicated that his clients will be obtaining new counsel.
By January 25, 2013, counsel shall inform the court on whether or not this case shall be referred to a magistrate-judge for settlement purposes.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/16/13

                        *Susan Illston*  
                        SUSAN ILLSTON  
                        United States District Judge