# KERR & WAGSTAFFE LLP
ATTORNEYS

100 SPEAR STREET, 18TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE (415) 371-8500
FACSIMILE (415) 371-0500
WWW.KERRWAGSTAFFE.COM

Brady R. Dewar
DEWAR@KERRWAGSTAFFE.COM

January 24, 2013



**VIA E-FILING AND FEDERAL EXPRESS**

District Judge Susan Illston
USDC, Northern District of California
450 Golden Gate Avenue, Courtroom 10 - 19th Floor
San Francisco, CA 94102

Re:   *Martinez and Nguyen v. ServiceMaster Global Holdings, et al.*
      **Case No. C-10-00628 SI**
      **Referral to Magistrate Judge**

Dear Judge Illston:

At the January 11, 2013 case management conference, Your Honor requested that the parties inform you by January 25, 2013 whether we request referral to a magistrate judge for settlement purposes. As we informed Your Honor at the conference, Defendants recently appointed new counsel. During the past two weeks, counsel for Plaintiffs Martinez and Nguyen have been conferring with the recently-appointed counsel for Defendants regarding this case, as well as the pending claims of over 70 other current and former employees of Defendants that are now in arbitration.

As these discussions were recently begun and are ongoing, the parties request a two-week extension (until February 8, 2013, the date of the next scheduled case management conference) for informing Your Honor whether or not the parties believe the Martinez and Nguyen claims should be referred to a magistrate judge for settlement purposes. If the parties reach an agreement before that date, we will inform Your Honor immediately.

Sincerely,

/s/
BRADY R. DEWAR
(counsel for Plaintiffs)

/s/
KEITH A. JACOBY
(counsel for Defendants)

## GENERAL ORDER 45 ATTESTATION

    I, Brady R. Dewar, am the ECF User whose ID and password are being used to file this Joint Case Management Statement. In compliance with General Order 45, X.B., I hereby attest that Keith A. Jacoby, counsel for Defendants, has concurred in this filing.

DATED: January 24, 2013

**KERR & WAGSTAFFE LLP**

By: /s/ Brady R. Dewar
BRADY R. DEWAR
Attorneys for Plaintiffs