UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EUGENE NGUYEN, CHRISTINE MARTINEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC. et al.,<br><br>    Defendants. | No. 10-CV-0628 SI (NJV)<br><br>ORDER VACATING SETTLEMENT CONFERENCE |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, the settlement conference scheduled in this case for July 30, 2013, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: July 25, 2013

                                            NANDOR J. VADAS
                                            United States Magistrate Judge