1  MICHAEL VON LOEWENFELDT (178665)
   MICHAEL NG (237915)
2  KEVIN CLUNE (248681)
   BRADY R. DEWAR (252776)
3  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
4  San Francisco, California 94105–1528
   Telephone: (415) 371-8500
5  Fax: (415) 371-0500
6  mvl@kerrwagstaffe.com
   mng@kerrwagstaffe.com
7  clune@kerrwagstaffe.com
   dewar@kerrwagstaffe.com
8
   Attorneys for Plaintiffs
9  CHRISTIAN MARTINEZ and
   EUGENE NGUYEN

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                          **SAN FRANCISCO DIVISION**

13 | CHRISTIAN MARTINEZ and EUGENE | Case No. 3:10-cv-00628-SI |
14 | NGUYEN, | |
   | | **STIPULATED DISMISSAL PURSUANT** |
15 | Plaintiffs, | **TO FRCP 41(a)(1)(A)(ii)** |
16 | vs. | Before Hon. Susan Illston |
17 | | |
   | SERVICEMASTER GLOBAL HOLDINGS, | |
18 | INC., et al., | |
19 | Defendants. | |

*GRANTED*
*Judge Susan Illston*

Case. No. 3:10-cv-00628-SI                                STIPULATED DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Christian Martinez
2  and Eugene Nguyen stipulate to dismissal of their claims in this action with prejudice.  Each side
3  shall bear its own costs and fees.
4  IT IS SO STIPULATED.

5  DATED: July 25, 2013         **KERR & WAGSTAFFE LLP**

7  By  /s/
   MICHAEL VON LOEWENFELDT

   Attorneys for Plaintiffs
   CHRISTIAN MARTINEZ and EUGENE
   NGUYEN

11  DATED: July 25, 2013        **LITTLER MENDELSON**

13  By  /s/
   SHIVA SHIRAZI DAVOUDIAN

   Attorneys for Defendants

1  I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to
2  file this **STIPULATED DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii).** In compliance
3  with Civil L.R. 5-1(i)(3), I hereby attest that Shiva Shirazi Davoudian, Counsel for Defendants,
4  has concurred in this filing.

6  DATED: July 25, 2013                    **KERR & WAGSTAFFE LLP**

                                            By _____/s/_____
                                                MICHAEL VON LOEWENFELDT

                                            Attorneys for Plaintiffs
                                            CHRISTIAN MARTINEZ and EUGENE
                                            NGUYEN