1  MICHAEL VON LOEWENFELDT (178665)
   MICHAEL NG (237915)
2  KEVIN CLUNE (248681)
   BRADY R. DEWAR (252776)
3  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
4  San Francisco, California 94105–1528
   Telephone: (415) 371-8500
5  Fax: (415) 371-0500
6  mvl@kerrwagstaffe.com
   mng@kerrwagstaffe.com
7  clune@kerrwagstaffe.com
   dewar@kerrwagstaffe.com
8
   Attorneys for Plaintiffs
9  CHRISTIAN MARTINEZ and
   EUGENE NGUYEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTIAN MARTINEZ and EUGENE NGUYEN, | Case No. 3:10-cv-00628-SI |
| Plaintiffs, | **STIPULATED DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| vs. | Before Hon. Susan Illston |
| SERVICEMASTER GLOBAL HOLDINGS, INC., et al., | |
| Defendants. | |

GRANTED
Judge Susan Illston

KERR & WAGSTAFFE LLP

Case. No. 3:10-cv-00628-SI    STIPULATED DISMISSAL

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Christian Martinez
2   and Eugene Nguyen stipulate to dismissal of their claims in this action with prejudice. Each side
3   shall bear its own costs and fees.
4   IT IS SO STIPULATED.

5   DATED: July 25, 2013                    **KERR & WAGSTAFFE LLP**

7                                           By   /s/
                                            MICHAEL VON LOEWENFELDT

                                            Attorneys for Plaintiffs
9                                           CHRISTIAN MARTINEZ and EUGENE
                                            NGUYEN

11  DATED: July 25, 2013                    **LITTLER MENDELSON**

13                                          By   /s/
                                            SHIVA SHIRAZI DAVOUDIAN

15                                          Attorneys for Defendants

Case. No. 3:10-cv-00628-SI          - 1 -                     STIPULATED DISMISSAL

1  I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to
2 file this **STIPULATED DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii).** In compliance
3 with Civil L.R. 5-1(i)(3), I hereby attest that Shiva Shirazi Davoudian, Counsel for Defendants,
4 has concurred in this filing.

6 DATED: July 25, 2013                    **KERR & WAGSTAFFE LLP**

                                          By _____/s/_____
                                          MICHAEL VON LOEWENFELDT

                                          Attorneys for Plaintiffs
                                          CHRISTIAN MARTINEZ and EUGENE
                                          NGUYEN